Stephen M. Reynolds, State Bar No. 148902
**Lundgren & Reynolds, LLP**
424 Second Street, Suite A
Davis, CA 95617-1916
530-297-5030 Telephone
530-297-5077 Facsimile
sreynolds@lr-law.net e-mail

Attorney for Step One Development, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: ) | Case No: 13-23402-A-11 |
| ) | |
| Step One Development, LLC ) | |
| ) | |
| Debtor ) | |
| ) | |
| _____ ) | |

**NOTICE OF RELATED CASE**

[ Local Rule 1015-1]

Step One Development, LLC is a related case to Case No. 10-53949-A-7, Thaxter and Catherine Arterberry.  The related case was closed on April 20, 2010.

Dated: April 10, 2013          By: /s/ Stephen M. Reynolds
                               Attorney for Debtor
                               Step One Development, LLC

1